1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2724

5  Attorneys for Plaintiff



FILED

JUN - 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Cr. No. 2:10-cr-211 FCD
                                     )
12                 Plaintiff,        )  APPLICATION AND ORDER FOR
                                     )  WRIT OF HABEAS CORPUS AD
                                     )  PROSEQUENDUM
13          v.                       )
                                     )
14  ANGELIQUE MARSHALL,              )
                                     )
15                 Defendant.        )
    _____)

16       COMES NOW the United States of America by the United States

17  Attorney and represents and shows:

18       That there is now detained in the Florence McClure Women's

19  Correctional Center, 4370 Smiley Road, Las Vegas, Nevada, in the

20  custody of the Warden, Sheriff or Jailor thereof, the defendant in

21  the above-entitled case, which case will be called for arraignment

22  and plea, and for such other proceedings as may be proposed on June

23  18, 2010, at the hour of 2:00 p.m., and that it is necessary to have

24  the defendant present in the courtroom of the Honorable Kimberly J.

25  Mueller, United States Magistrate Judge, Courtroom 26, Federal

26  Building and U.S. Courthouse, 501 I Street, Sacramento, California;

27  and in order to secure the presence of the defendant it is necessary

28  that a Writ of Habeas Corpus ad Prosequendum be issued commanding the

                                    1

1    Warden, Sheriff or Jailor to produce the defendant in Court on said

2    date and at such other dates as may be necessary in order to procure

3    the defendant's presence for her arraignment, plea and all other

4    proceedings incident thereto.

5        WHEREFORE, your petitioner prays for an order directing the

6    issuance of a Writ of Habeas Corpus ad Prosequendum out of and under

7    the seal of this Court, directed to the Warden, Sheriff or Jailor,

8    commanding him to have and produce the above-named defendant in the

9    United States District Court at said time, and then and there to

10   present the defendant before the Court and from day to day thereafter

11   as may be necessary, and at the termination of the proceedings

12   against the defendant to return defendant to the custody of the

13   Warden, Sheriff or Jailor.

14   DATED:_____6/1/10_____

15                                    BENJAMIN B. WAGNER
                                      United States Attorney
16

17                          By:   R. Steven Lapham
                                  R. STEVEN LAPHAM
18                                Assistant U.S. Attorney

19                            O R D E R

20       Upon reading and filing the foregoing application in that

21   behalf;

22       IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum

23   issue as prayed for herein.

24   DATED:__6/1/10_____

25

26                                    HONORABLE DALE A. DROZD
27                                    United States Magistrate Judge

28

                              2