|     |     |     |
| --- | --- | --- |
| 1   |     |     |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                         CR. S-10-0211-03 FCD

  vs.                                ORDER FOR RELEASE OF PERSON IN CUSTODY

ANGELIQUE MARSHALL,

      Defendant.

_____/

TO:    UNITED STATES MARSHAL:

      This is to authorize and direct you to release ANGELIQUE MARSHALL, Case No. CR. S-10-0211-03 FCD, Charge 18 U.S.C. § 286 - Conspiracy to Defraud the United States, from custody subject to the conditions as stated in open Court on April 25, 2011:

      ____  Release on Personal Recognizance

      ____  Bail Posted in the Sum of $ [ ]

          ____  Unsecured Appearance Bond

          ____  Appearance Bond with 10% Deposit

1        ___    Appearance Bond with Surety

2        ___    Corporate Surety Bail Bond

3        _X_    (Other) [Defendant sentenced to TIME SERVED - Judgment and

4                Commitment to be issued].

Issued at Sacramento, CA on April 25, 2011 at 10:30 a.m.

Dated: April 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

MARSHALL, ANGELIQUE release order.wpd      2